UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JAN -9 AM 8:27
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESUS ORTEGA-CASTELLANOS,<br><br>Defendant. | CASE NO. 07CR1311-DMS<br><br>**JUDGMENT OF DISMISSAL**<br>(Rule 48, F.R.Crim.P.) |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

__X__ the Court has granted the motion of the defendant for dismissal as to Count 2; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

__X__ the jury has returned its verdict, finding the defendant not guilty as to Count 1;

__X__ of the offense(s) of: 8 USC 1324(a)(2)(B)(ii), 18 USC 2 in Count 1; and 8 USC 1324(a)(2)(B)(iii) as to Count 2.

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to Rule 48, Federal Rules of Criminal Procedure.

DATED:    January 8, 2008

                                              DANA M. SABRAW
                                              UNITED STATES DISTRICT JUDGE